AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

DEC 23 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Seny Adonay Sarmiento-Funes

**CRIMINAL COMPLAINT**

Case Number: M-19-3144-M

IAE    YOB: 1994
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 21, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Seny Adonay Sarmiento-Funes was encountered by Border Patrol Agents near McAllen, Texas on December 21, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 21, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 12, 2017 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 6, 2017 the defendant was convicted of 8 USC 1326 Reentry of Removed Alien and sentenced to time served and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA LAURA GARCIA

Signature of Complainant

Jon Chan
Printed Name of Complainant

Sworn to before me and subscribed in my presence,
December 23, 2019                    3:48 p.m.
**Date**

Perer E. Ormsby, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer